# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
LIND, KRAUSS, and BORGERDING
Appellate Military Judges

**UNITED STATES, Appellee**
**v.**
**Specialist ROBERT O. BOZEMAN**
**United States Army, Appellant**

ARMY 20080711

Headquarters, III Corps and Fort Hood
Gregory A. Gross, Military Judge (trial)
Patricia Lewis, Military Judge (rehearing)
Colonel Mark Cremin, Staff Judge Advocate (trial)
Colonel Tania M. Martin, Staff Judge Advocate (rehearing)

For Appellant:  Lieutenant Colonel Jonathan F. Potter, JA; Major Amy E. Nieman, JA.

For Appellee:  Pursuant to A.C.C.A.  Rule 15.2, no response filed.

27 August 2014

-----------------------------------------
DECISION ON FURTHER REVIEW
-----------------------------------------

Per Curiam:

On 28 September 2012, this court set aside the finding of guilty of Specification 1 of Charge III in this case and affirmed the remaining findings of guilty.  The record of trial was returned to The Judge Advocate General for remand to the same or a different convening authority.  *United States v. Bozeman,* ARMY 20080711 (Army Ct. Crim. App. 28 Sep. 2012) (unpub.).  The misconduct at issue in Specification 1 of Charge III was re-tried (as the Specification of the Additional Charge), and appellant was found guilty.  That trial was held in conjunction with a full sentence rehearing on the previously affirmed charges and specifications.  The action has been completed and the record is now before us for further review.

On consideration of the entire record, we hold the findings of guilty and the sentence as approved by the convening authority correct in law and fact.  Accordingly, those findings of guilty and the sentence are AFFIRMED.



FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court